Commonwealth *v.* Brewer, Appellant.

Submitted September 10, 1969. *Richard W. Linton,* for appellant; *Newton C. Taylor,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Bryant, Appellant.

Submitted September 8, 1969. *Melvin Dildine,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *Paul R. Michel* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.